1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Ryan S. Goldstein (Bar No. 208444)
2  ryangoldstein@quinnemanuel.com
   Jeffrey Ung (Bar No. 286374) (admitted *pro hac vice*)
3  865 S. Figueroa St., 10th Floor
   Los Angeles, CA 90017
4  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
5
   *Attorney for Defendant Canon U.S.A., Inc.*
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10
   CELLSPIN SOFT, INC.,              CASE NO. 3:17-CV-05938-YGR
11
              Plaintiff,             ~~[PROPOSED ORDER OF]~~
12                                   JUDGMENT INVALIDATING
        v.                           ASSERTED PATENT CLAIMS
13
   CANON U.S.A., INC.,
14                                   Judge: Hon. Yvonne Gonzalez Rogers
              Defendant.             Courtroom: 1, 4th Floor
15

16

17

18

19

20

21

22

23

24

25

26

27

28

This action having come before the Court, and pursuant to the Court's Order (Dkt. No. 73) granting Defendant Canon U.S.A., Inc.'s ("Canon") Motion to Dismiss (Dkt. No. 43) finding all asserted claims of U.S. Patent No. 9,258,698 (the " '698 Patent") directed to patent-ineligible subject matter and therefore invalid pursuant to 35 U.S.C. § 101—IT IS HEREBY ADJUDGED AND ORDERED that:

For the reasons set forth in the Court's Order on April 3, 2018 (Dkt. No. 73), claims 1, 3-5, 7-8, 10-13, and 15-20 of the '698 Patent are invalid pursuant to 35 U.S.C. § 101.

The foregoing claims of the '698 Patent represent all pending claims at issue in this case.

WHEREFORE JUDGMENT is entered in this case in favor of Defendant Canon and against Plaintiff Cellspin Soft, Inc.

Dated: __April 10__, 2018

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **April 9, 2018**. I further certify that service will be accomplished by the CM/ECF system and paper copies shall be served by first class mail, postage prepaid on all counsel who are not served through CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on **April 9, 2018**.

*/s/ Jeffrey Ung*